No. 80–6901.   WOODS *v.* NEAL ET AL., *ante,* p. 855;

No. 81–5033.   MCMILLION *v.* MARYLAND, *ante,* p. 869;

No. 81–5078.   BURNSIDE *v.* WYRICK, WARDEN, *ante,* p. 870;

No. 81–5163.   MERCER *v.* WASHINGTON ET AL., *ante,* p. 873; and

No. 81–5289.   NOE *v.* UNITED STATES, *ante,* p. 876.   Petitions for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

## NOVEMBER 12, 1981

No. 81–463.   BROWN, WARDEN V. VARGAS.   C. A. 1st Cir.  , Certiorari dismissed under this Court's Rule 53.

## NOVEMBER 16, 1981

No. 81–68.   FORET *v.* UNITED GAS PIPELINE CO., INC. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–561.   GAY ET AL. *v.* EIGHTH JUDICIAL DISTRICT COURT OF NEVADA ET AL.   Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5164.   STRICKLAND *v.* BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES.   Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.